# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:

Cindy Andrea Heyward
5020 Cedar Acres Ct.
Richmond, VA 23223
SSN / ITIN: xxx-xx-6864

Case No. 22-30196-KRH
Chapter 13

## ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF CINDY ANDREA HEYWARD

This cause came before the Court on the motion of the United States Trustee to examine **Cindy Andrea Heyward** ("Heyward") in this proceeding pursuant to Federal Rule of Bankruptcy Procedure 2004 (hereinafter the "Motion") **[ECF No. 15]**; and there being proper notice of the Motion; no objection having been filed; and good cause having been shown; it is hereby **ORDERED** that the Motion be, and the same is, hereby GRANTED.

**IT IS FURTHER ORDERED** that Heyward is required to appear for, and participate in, an examination pursuant to Federal Rule of Bankruptcy Procedure 2004 at a place and time designated by the United States Trustee.

Upon entry of this Order, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

DATE: Mar 10 2022

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Mar 10 2022

---

Kathryn R. Montgomery, Esq., AUST (VSB No. 42380)
Shannon Pecoraro, Esq. (VSB No. 46864)
Jason B. Shorter, Esq. (VSB No. 80929)
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

I ASK FOR THIS:

/s/ Jason B. Shorter
Jason B. Shorter (VSB No. 80929)
Trial Attorney
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330
jason.b.shorter@usdoj.gov

## **CERTIFICATION**

I hereby certify that this Order has been either served on or endorsed by all necessary parties.

/s/ Jason B. Shorter
Jason B. Shorter

## SERVICE LIST

Cindy Andrea Heyward
5020 Cedar Acres Ct.
Richmond, VA 23223