**United States Bankruptcy Court**
**Eastern District of Virginia**
____Richmond____ Division

In re:  Cindy Andrea Heyward    Case Number  22-30196-KRH
                                 Chapter  13

    **Debtor(s)**

## ORDER SETTING HEARING

TO:  **Debtor(s)**  Cindy Andrea Heyward  5020 Cedar Acres Ct. Richmond, VA 23223

    **Attorney for Debtor(s)**
    **Trustee**  Suzanne E. Wade, 7202 Glen Forest Drive, Ste. 202 Richmond, VA 23226
    **United States Trustee**  701 E. Broad St., Suite 4304, Richmond, VA  23219

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case.  Therefore, a hearing will be held:

*Date:*  April 6, 2022
*Time:*  11:30 AM
*Location:*  U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5000, Richmond, VA  23219

The debtor(s) shall appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies) and any other deficiency(ies) or certifications that accrue before the hearing:
Failure to attend § 341 Meeting of Creditors

**<u>If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.</u>**

NOTICE:  **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $___0.00___ is due and owing to the Clerk of Court, payable as follows:

☐ due and payable immediately.

☐ $_____ on _____, $_____ on _____, and $_____ on _____.

Dated: March 23, 2022    **William C. Redden, Clerk**
                          **United States Bankruptcy Court**

                          **By:** /s/ James Cummings
                                    **Deputy Clerk**

                          NOTICE OF JUDGMENT OR ORDER
                          ENTERED ON DOCKET:  March 23, 2022

[osethrgln ver. 12/19]